IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

DOUGLAS E. CARTER,              )
                                )
    Petitioner-Appellant,       )
                                )
vs.                             )   CV405-17 (CR492-157-1)
                                )   USCA NO. 05-11953-E
UNITED STATES OF AMERICA        )
                                )
    Respondent-Appellee.        )

## ORDER

The United States Court of Appeals for the Eleventh Circuit having denied Appellant's motion for a certificate of appealability, denied as moot Appellant's motion for leave to proceed *in forma pauperis*, and denied as moot Appellant's motion for transcripts at government expense,

**IT IS HEREBY ORDERED** that the Order of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED**, this ___ day of June, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA